**Singer *v.* Wechter (et al., Appellants).**

Argued December 15, 1966.  *H. Donald Busch,* for appellants; *Ronald N. Rutenberg,* with him *Harry A. Rutenberg,* for appellee.

Order affirmed.